# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**GEORGE SKATZES,**

        Petitioner,    :    Case No. 3:09-cv-289

  - v -        **District Judge Timothy S. Black**
                **Magistrate Judge Michael R. Merz**

**WARDEN, Mansfield Correctional Institution,**

        Respondent.    :

# ORDER

This capital habeas corpus case is before the Court on Petitioner's Renewed Motion for Discovery (Doc. No. 77) to which the Warden has responded (Doc. No. 79). Petitioner has filed no reply and the motion papers leave many unanswered questions about the positions of the parties which the Court believes can best be answered by discussion in person.

The case is accordingly set for a scheduling conference at 10:00 A.M. on June 7, 2012, in Courtroom No. 4, 200 West Second Street, Dayton, Ohio 45402.

June 1, 2012.

                              s/ **Michael R. Merz**
                              United States Magistrate Judge